# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WILBERFORCE UNIVERSITY, INC.,

      Plaintiff,               :        Case No. 3:06-cv-291

                                   District Judge Thomas M. Rose
   -vs-                            Chief Magistrate Judge Michael R. Merz

                             :

WILBERFORCE UNIVERSITY
 FACULTY ASSOCIATION,

      Defendant.

---

**ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 3, 2007, hereby ADOPTS said Supplemental Report and Recommendations.

      It is therefore ORDERED that the Motion to Dismiss and Confirm Arbitrator's Award of Defendant Wilberforce Faculty Association be, and it hereby is, denied.

May 8, 2007.                         **s/THOMAS M. ROSE**

                                                 _____
                                                  Thomas M. Rose
                                              United States District Judge